MEMO ENDORSED

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
By: JONATHAN M. KING
Special Assistant United States Attorney
c/o Office of Program Litigation, Office II
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel.: (212) 264-2004
Email: jonathan.m.king@ssa.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2023

**In light of the Gov't's Motion to Change Venue located at ECF No. 15, the Gov't's Motion to Dismiss is DENIED without prejudice to renew following the resolution of the Motion to Change Venue. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.
Dated: October 17, 2023
        White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHESLEY D. TAYLOR, JR.,

                Plaintiff,

          v.                               7:23-cv-04304-NSR-VR

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that upon the September 29, 2023 Declaration of Lesha Cowell and the exhibits attached thereto, the Defendant's Statement Pursuant to Local Rule 56.1, the Memorandum of Law in Support of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, the Local Rule 12.1 Notice to *Pro Se* Litigants, and the Local Rule 56.2 Notice to *Pro Se* Litigants, the defendant, by her attorney, Damian Williams, United States Attorney for the Southern District of New York, will move this Court before the Honorable Victoria Reznik, United States Magistrate Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an order dismissing the Complaint pursuant to Rule

12(b)(6), or in the alternative Rule 56, of the Federal Rules of Civil Procedure on the ground that Plaintiff did not exhaust his administrative remedies.

DATED: New York, New York
        October 16, 2023

                                      DAMIAN WILLIAMS
                                      United States Attorney
                                      Southern District of New York
                                      Attorney for Defendant

By:    s/ *Jonathan M. King*
           JONATHAN M. KING
           Special Assistant United States Attorney
           Southern District of New York
           Office of Program Litigation, Office II
           Office of the General Counsel
           Social Security Administration
           6401 Security Boulevard
           Baltimore, MD 21235
           Tel.: (212) 264-2004
           Email: jonathan.m.king@ssa.gov

Of Counsel:
ELLEN E. SOVERN
Associate General Counsel
Office of Program Litigation, Office II

TO:    Chesley D. Taylor, Jr.
        Plaintiff *Pro Se*
        210 East 55th Street
        Brooklyn, NY 11203