UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2023
```

CHESLEY D. TAYLOR, JR.,

                     Plaintiff,

-against-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

                     Defendant.

No. 23 Civ. 4304 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

On October 10, 2023, Defendant Acting Commissioner of Social Security ("Defendant") filed a Motion to Change Venue (the "Motion", at ECF No. 15), seeking to transfer this action to the United States District Court for the Eastern District of New York pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). Plaintiff Chesley D. Taylor filed a letter dated October 19, 2023 requesting that the Motion be so ordered. (ECF No. 26.)

Accordingly, the Court considers the Motion unopposed and GRANTS Defendant's request to transfer this action to the United States District Court for the Eastern District of New York. The Clerk of Court need not adhere to Local Rule 83.1 and may transfer this matter immediately. The Clerk of Court is also respectfully directed to terminate the motion at ECF No. 15.

                                                    SO ORDERED.

Dated: October 25, 2023
       White Plains, New York

                                                    _____
                                                    Nelson S. Román, U.S.D.J.